UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
DEC 2 0 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:08-M-1261

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| TRACY LYNN ROBINSON | ) |

Leave of court is granted for the filing of the foregoing dismissal.

12·20·2010
DATE:

_Robert Jones Jr._
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE